# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL OSORNIO<br>　　　Plaintiff,<br><br>　　　　v.<br><br>TORRANCE MEMORIAL<br>PHYSICIAN NETWORK,<br>　　　Defendant. | EDCV 18-1788 DSF (SHKx)<br><br>Order REMANDING Case |

　　Aside from the procedural irregularity that Plaintiff has removed her own case, it is apparent on the face of the complaint that there is no subject matter jurisdiction in this Court. There is no federal claim alleged. Plaintiff appears to be a California citizen and Plaintiff has failed to allege the citizenship of Defendant. Therefore, Plaintiff has not established diversity jurisdiction.

　　The case is REMANDED to the Superior Court of California, County of San Bernardino.

　　IT IS SO ORDERED.

Date: January 2, 2019

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　United States District Judge